IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CARTER EARL FROST                                                                                    PLAINTIFF

v.                                                                                              NO. 4:03CV187-P-D

MAGNOLIA STATE ENTERPRISES, INC., ET AL.                                       DEFENDANTS

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated July 27, 2005, and the September 21, 2005, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated July 27, 2005, is hereby approved and adopted as the opinion of the court.

2. That the defendants' June 8, 2005, motion for summary judgment is hereby **GRANTED**.

3. That all of the plaintiff's claims against the defendants are hereby **DISMISSED** with prejudice.

4. That this case is **CLOSED.**

THIS, the 18th day of October, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE